## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 543 EAL 2019

              Respondent

                       : Petition for Allowance of Appeal
                       : from the Order of the Superior Court

       v.

EDWARD SISTRUNK,

              Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.